**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gregory George Schlegel,<br>    aka Gregory Schlegel,<br>    aka Gregory G. Schlegel<br>        &<br>    MaryLouise Ann Schlegel,<br>    aka MaryLouise Schlegel,<br>    aka MaryLouise A. Schlegel,<br>    aka Marylouise A Schlegel<br><br>            Debtors | CHAPTER 13<br><br>BKY. NO. 16-10198 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and index same on the master mailing list.

    Respectfully submitted,

    **/s/ Matteo S. Weiner, Esquire**
    Matteo S. Weiner, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322 FAX (215) 627-7734