United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory George Schlegel  
MaryLouise Ann Schlegel  
    Debtors

Case No. 16-10198-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: May 02, 2017  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.
13747173         DITECH FINANCIAL LLC F/K/A GREEN TREE SER.,   PO BOX 44265,   JACKSONVILLE, FL 32231-4265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER     on behalf of Creditor    Rushmore Loan Management Services  
          bkgroup@kmllawgroup.com  
         ROBERT   GLAZER    on behalf of Debtor Gregory George Schlegel usbcglazer@gmail.com  
         ROBERT   GLAZER    on behalf of Joint Debtor MaryLouise Ann Schlegel usbcglazer@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                         TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-10198-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Gregory George Schlegel<br>556 Roberts Road<br>Nazareth PA 18064 | MaryLouise Ann Schlegel<br>556 Roberts Road<br>Nazareth PA 18064 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/01/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: DITECH FINANCIAL LLC F/K/A GREEN TREE SER., PO BOX 44265, JACKSONVILLE, FL 32231-4265 | Wilmington Savings Fund Society, FSB<br>P.O. Box 52708, Irvine, CA 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/04/17

Tim McGrath
**CLERK OF THE COURT**