# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  GREGORY GEORGE SCHLEGEL, and : | |
| MARYLOUISE ANN SCHLEGEL : | Chapter: 13 |
| Debtors : | 16-10198 |

## CERTIFICATION OF NO RESPONSE

I, Robert Glazer, Esquire, counsel for Debtors, certify that service of the Motion to Modify Plan Post-Confirmation on August 10, 2018 was made pursuant to the Standing Order of Court of the United States Bankruptcy Court for the Eastern District, dated April 1, 2003, No: M 03-3005.

As of August 24, 2018, there has been no Answer, Objection or other responsive pleadings filed.

/s/ Robert Glazer, Esquire
Robert Glazer, Esq.
Attorney for Debtors
Attorney ID No: 30234
MCLAUGHLIN & GLAZER
26 N. Third Street
Easton, PA 18042
610-258-5609