## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  GREGORY GEORGE SCHLEGEL, and : | |
| MARYLOUISE ANN SCHLEGEL    : | Chapter: 13 |
| Debtors    : | 16-10198 |

## PRAECIPE TO WITHDRAW

Kindly withdraw our Certificate of No Response to Motion to Modify Plan Post-Confirmation.

Dated: August 24, 2018

/S/ Robert Glazer_____
Robert Glazer, Esquire
Attorney for Debtors
26 N. Third Street
Easton, PA 18042
(610) 258-5609
Fax: 610-258-4353