**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  GREGORY GEORGE SCHLEGEL, and | : | |
| MARYLOUISE ANN SCHLEGEL | : | **Chapter: 13** |
| Debtors | : | **16-10198** |

**CERTIFICATION OF NO RESPONSE**

I, Robert Glazer, Esquire, counsel for Debtors, certify that service of the Motion to Modify Plan Post-Confirmation on August 10, 2018 was made pursuant to the Standing Order of Court of the United States Bankruptcy Court for the Eastern District, dated April 1, 2003, No:  M 03-3005.

As of October 16, 2018, there has been no Answer, Objection or other responsive pleadings filed.

/s/ Robert Glazer, Esquire
Robert Glazer, Esq.
Attorney for Debtors
Attorney ID No:  30234
MCLAUGHLIN & GLAZER
26 N. Third Street
Easton, PA  18042
610-258-5609