IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  GREGORY GEORGE SCHLEGEL,        :
       And MARYLOUISE ANN SCHLEGEL    :    Chapter: 13
       Debtors                                          :    16-10198

## ORDER OF COURT

Upon consideration of the above Debtors', Motion to Modify Plan Post-Confirmation, and upon notice and opportunity for hearing,

IT IS HEREBY ORDERED that Debtors' Motion is granted and Debtors' Post-Confirmation plan is hereby approved.

**Date: October 22, 2018**

BY THE COURT,

_____
U.S. Bankruptcy Judge