United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory George Schlegel  
MaryLouise Ann Schlegel  
    Debtors

Case No. 16-10198-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Oct 22, 2018  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.  
db/jdb       +Gregory George Schlegel,     MaryLouise Ann Schlegel,     556 Roberts Road,  
               Nazareth, PA 18064-9588

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/Text: bankruptcygroup@ugcorp.com Oct 23 2018 02:37:25  
            United Guaranty Commercial Insurance Co of NC,    P O Box 20327,    Greensboro, NC 27420-0327  
                                                                                                TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                               Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2018 at the address(es) listed below:  
         ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust  
          bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...  
          bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Rushmore Loan Management Services  
          bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...  
          bkgroup@kmllawgroup.com  
         ROBERT   GLAZER    on behalf of Debtor Gregory George Schlegel usbcglazer@gmail.com  
         ROBERT   GLAZER    on behalf of Joint Debtor MaryLouise Ann Schlegel usbcglazer@gmail.com  
         ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE  
          RRamos-Cardona@fredreiglech13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  GREGORY GEORGE SCHLEGEL,          :
      And MARYLOUISE ANN SCHLEGEL    :    Chapter: 13
      Debtors                                        :    16-10198

## ORDER OF COURT

Upon consideration of the above Debtors', Motion to Modify Plan Post-Confirmation, and upon notice and opportunity for hearing,

IT IS HEREBY ORDERED that Debtors' Motion is granted and Debtors' Post-Confirmation plan is hereby approved.

BY THE COURT,

**Date: October 22, 2018**

_____
U.S. Bankruptcy Judge