# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory George Schlegel<br>    aka Gregory Schlegel<br>    aka Gregory G. Schlegel<br>MaryLouise Ann Schlegel<br>    aka MaryLouise Schlegel<br>    aka MaryLouise A. Schlegel<br>    aka Marylouise A Schlegel<br><br>    <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 16-10198 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing, LLC as servicer for Wells Fargo Bank, N.A., as Indenture Trustee for MSCC HELOC Trust 2007-1 and index same on the master mailing list.

    Respectfully submitted,
    **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A Solarz, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322