**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GREGORY GEORGE SCHLEGEL | : | No: 16-10198 |
| And MARYLOUISE SCHLEGEL | : | |
| Debtors | : | CHAPTER 13 |

**CERTIFICATION OF NO RESPONSE**

I, Robert Glazer, Esquire, counsel for Debtor's, certify that I served a true and correct copy of the Debtor's **Notice and Motion to Modify Plan Post-Confirmation Dated January 30, 2019** was made pursuant to the Standing Order of Court of the United States Bankruptcy Court for the Eastern District, dated April 1, 2003, No: M 03-3005.

As of March 22, 2019 there have been no Answer, Objection or other responsive pleadings filed.

/s/ Robert Glazer, Esquire____
Robert Glazer, Esq.
Attorney for Debtors
Attorney ID No:  30234
MCLAUGHLIN & GLAZER
26 N. Third Street
Easton, PA  18042
610-258-5609