# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **GREGORY GEORGE SCHLEGEL,**      :
      **And MARYLOUISE ANN SCHLEGEL**  :      **Chapter: 13**
      **Debtors**      :      **16-10198**

## ORDER OF COURT

Upon consideration of the above Debtors', Motion to Modify Plan Post-Confirmation, and upon notice and opportunity for hearing,

IT IS HEREBY ORDERED that Debtors' Motion is granted and Debtors' Third Post-Confirmation plan is hereby approved.

BY THE COURT,

**Date: March 25, 2019**

_____
U.S. Bankruptcy Judge