United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Gregory George Schlegel
MaryLouise Ann Schlegel
      Debtors

Case No. 16-10198-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Mar 25, 2019
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
db/jdb       +Gregory George Schlegel,   MaryLouise Ann Schlegel,   556 Roberts Road,
                Nazareth, PA 18064-9588

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: bankruptcygroup@ugcorp.com Mar 26 2019 02:34:03
                United Guaranty Commercial Insurance Co of NC,   P O Box 20327,   Greensboro, NC 27420-0327
                                                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
          bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
          bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Rushmore Loan Management Services
          bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al...
          bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing, LLC
          bkgroup@kmllawgroup.com
         ROBERT   GLAZER    on behalf of Debtor Gregory George Schlegel usbcglazer@gmail.com
         ROBERT   GLAZER    on behalf of Joint Debtor MaryLouise Ann Schlegel usbcglazer@gmail.com
         ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
          RRamos-Cardona@fredreiglech13.com
         SCOTT   WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                       TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  GREGORY GEORGE SCHLEGEL,     :
      And MARYLOUISE ANN SCHLEGEL  :     Chapter: 13
      Debtors                                              :     16-10198

## ORDER OF COURT

Upon consideration of the above Debtors', Motion to Modify Plan Post-Confirmation, and upon notice and opportunity for hearing,

IT IS HEREBY ORDERED that Debtors' Motion is granted and Debtors' Third Post-Confirmation plan is hereby approved.

BY THE COURT,

**Date: March 25, 2019**

_____
U.S. Bankruptcy Judge