| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-10198-PMM

GREGORY GEORGE SCHLEGEL
MARYLOUISE ANN SCHLEGEL
556 ROBERTS ROAD
NAZARETH  PA    18064

Petition Filed Date: 01/11/2016
341 Hearing Date: 03/22/2016
Confirmation Date: 11/03/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $1,535.00 | 21625 | 02/19/2019 | $1,550.00 | | 03/29/2019 | $1,550.00 | |
| 04/29/2019 | $2,150.00 | | 05/13/2019 | $2,125.00 | | 05/13/2019 | $100.00 | |
| 06/28/2019 | $2,125.00 | | 06/28/2019 | $50.00 | | 07/16/2019 | $1,000.00 | |
| 07/31/2019 | $1,125.00 | | 07/31/2019 | $50.00 | | 09/10/2019 | $4,250.00 | |
| 09/10/2019 | $100.00 | | 10/07/2019 | $2,125.00 | 6232505000 | 10/07/2019 | $50.00 | 6232505001Cu |
| 11/05/2019 | $2,125.00 | 6309576000 | 11/05/2019 | $25.00 | 6309576001Cu | 12/04/2019 | $2,125.00 | 6381408000 |
| 12/04/2019 | $50.00 | 6381408001Cu | 01/07/2020 | $2,125.00 | 6465763000 | 01/07/2020 | $25.00 | 6465763001Cu |
| 02/05/2020 | $2,125.00 | 6540673000 | 02/05/2020 | $50.00 | 6540673001Cu | 03/09/2020 | $2,175.00 | 6625559000 |
| 04/08/2020 | $2,125.00 | 6699512000 | 05/19/2020 | $2,125.00 | 6800136000 | 06/05/2020 | $2,125.00 | 6846372000 |
| 07/02/2020 | $2,125.00 | 6912532000 | 08/05/2020 | $2,125.00 | 6994725000 | | | |

**Total Receipts for the Period:  $41,335.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $71,767.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 10 | AMERICAN INFOSOURCE LP<br>»» 010 | Unsecured Creditors | $244.40 | $0.00 | $244.40 |
| 11 | AMERICAN INFOSOURCE LP<br>»» 011 | Unsecured Creditors | $951.64 | $0.00 | $951.64 |
| 13 | AMERICAN INFOSOURCE LP<br>»» 013 | Unsecured Creditors | $4,894.88 | $0.00 | $4,894.88 |
| 12 | CERASTES LLC<br>»» 012 | Unsecured Creditors | $5,779.37 | $0.00 | $5,779.37 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $209.47 | $0.00 | $209.47 |
| 2 | DJP MORGAN CHASE LB PROCESSING<br>»» 002 | Unsecured Creditors | $6,562.75 | $0.00 | $6,562.75 |
| 6 | DJP MORGAN CHASE LB PROCESSING<br>»» 006 | Unsecured Creditors | $4,405.96 | $0.00 | $4,405.96 |
| 7 | DJP MORGAN CHASE LB PROCESSING<br>»» 007 | Unsecured Creditors | $5,582.54 | $0.00 | $5,582.54 |
| 8 | DJP MORGAN CHASE LB PROCESSING<br>»» 008 | Unsecured Creditors | $3,606.76 | $0.00 | $3,606.76 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |
| 15 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 15P | Mortgage Arrears | $12,976.87 | $10,015.92 | $2,960.95 |
| 15 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 015 | Mortgage Arrears | $48,018.93 | $41,816.42 | $6,202.51 |

**Chapter 13 Case No. 16-10198-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | SPECIALIZED LOAN SERVICING LLC<br>»» 016 | Mortgage Arrears | $12,325.75 | $9,089.13 | $3,236.62 |
| 14 | SPECIALIZED LOAN SERVICING LLC<br>»» 014 | Mortgage Arrears | $839.94 | $731.45 | $108.49 |
| 4 | UNITED GUARANTY COMMERCIAL INS CO OF NC<br>»» 004 | Unsecured Creditors | $5,592.83 | $0.00 | $5,592.83 |
| 5 | UNITED GUARANTY COMMERCIAL INS CO OF NC<br>»» 005 | Unsecured Creditors | $3,660.19 | $0.00 | $3,660.19 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $71,767.40 | Current Monthly Payment: | $2,125.00 |
| Paid to Claims: | $61,652.92 | Arrearages: | $0.00 |
| Paid to Trustee: | $6,289.47 | Total Plan Base: | $82,392.40 |
| Funds on Hand: | $3,825.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.