United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gregory George Schlegel  
MaryLouise Ann Schlegel  
    Debtors

Case No. 16-10198-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: 138NEW | Total Noticed: 42 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory George Schlegel, MaryLouise Ann Schlegel, 556 Roberts Road, Nazareth, PA 18064-9588 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | WELLS FARGO BANK, N.A., P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | WELLS FARGO BANK, N.A., 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13659076 | | Bank of America, P. O. Box 15019, Wilmington, DE 19850-5019 |
| 13659077 | | Bank of America, N.A., P. O. Box 15019, Wilmington, DE 19850-5019 |
| 13659078 | + | Barclays Bank Delaware, 100 S W St., Wilmington, DE 19801-5015 |
| 13659083 | + | D & A Services, 1400 East Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 13747173 | | DITECH FINANCIAL LLC F/K/A GREEN TREE SER., PO BOX 44265, JACKSONVILLE, FL 32231-4265 |
| 13659084 | + | Discover Bank, P. O. Box 5316, Wilmington, DE 19808-0316 |
| 13660758 | | Ditech Financial LLC, c/o Joseph P. Schalk, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13659087 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Green Tree, P.O. Box 94710, Palatine, IL 60094-4710 |
| 13659086 | + | Global Credit Corp, 5440 N. Cumberland, Suite 300, Chicago, IL 60656-1486 |
| 13659088 | + | Hayt, Hayt & Landau, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 13659089 | + | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 13873007 | + | Rushmore Loan Management Services, as Servicer for Wilmington Savings..., c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13659091 | | Specialized Loan Servicing, P.O. Box 105219, Atlanta, GA 30348-5219 |
| 13746661 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |
| 14231565 | + | Specialized Loan Servicing, LLC, c/o KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 13659092 | + | Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 13910608 | + | Wilmington Savings Fund Society, FSB, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14522389 | + | Wilmington Savings Fund Society, FSB,, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2021 01:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 22 2021 01:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13659075 | | Email/Text: legal@arsnational.com | Apr 22 2021 01:55:00 | ARS National Services, P.O. Box 469046, Escondido, CA 92046-9046 |
| 13659079 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 01:36:48 | Capital One Bank, USA N.A., P. O. Box 71083, Charlotte, NC 28272-1083 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: 138NEW | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13737589 | + | Email/Text: bncmail@w-legal.com | Apr 22 2021 01:56:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13659081 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 01:36:52 | CitiBank, N.A., Citibank / Choice P.O. BOX 9001037, Louisville, KY 40290 |
| 13659082 | + | Email/Text: mediamanagers@clientservices.com | Apr 22 2021 01:55:00 | Client Services, Inc., 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 13664466 | | Email/Text: mrdiscen@discover.com | Apr 22 2021 01:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13670373 | + | Email/Text: DSLBKYPRO@discover.com | Apr 22 2021 01:56:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 13659085 | | Email/Text: GCSBankruptcy@gcserv.com | Apr 22 2021 01:55:00 | GC Services, 6330 Gulfton Street, Houston, TX 77081 |
| 13659080 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 22 2021 01:33:20 | Chase Bank USA, N.A., Cardmember Services, P.O. Box 94014, Palatine, IL 60094 |
| 13677025 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 01:35:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13659090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 01:35:04 | Portfolio Recovery, Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 13659093 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 01:33:20 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14102002 | + | Email/Text: bankruptcygroup@archmi.com | Apr 22 2021 01:56:00 | United Guaranty Commercial Insurance Co of NC, PO Box 20327, Greensboro, NC 27420-0327 |
| 13659094 | | Email/Text: BKRMailOps@weltman.com | Apr 22 2021 01:56:00 | Weltman, Weinberg, & Reiss, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | United Guaranty Commercial Insurance Co of NC, P O Box 20327, Greensboro, NC 27420-0327 |
| 14255516 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 21, 2021 | Form ID: 138NEW | Total Noticed: 42 |

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Ditech Financial LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Rushmore Loan Management Services bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Wilmington Savings Fund Society FSB et al... bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB et al... bkgroup@kmllawgroup.com |
| ROBERT GLAZER | on behalf of Debtor Gregory George Schlegel usbcglazer@gmail.com |
| ROBERT GLAZER | on behalf of Joint Debtor MaryLouise Ann Schlegel usbcglazer@gmail.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F WATERMAN | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Gregory George Schlegel and
MaryLouise Ann Schlegel

              Debtor(s)                                           Bankruptcy No: 16−10198−pmm

                                                                                    Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                 201 Penn Street, 1st Floor
                    Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                                             Timothy B. McGrath
                                                                               Clerk of Court

Dated: 4/21/21

                                                                                                                             88 − 86
                                                                                                                       Form 138_new